AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Received
U.S. Marshals Service
2022 MAY 24  PM 3: 22
N/OK

United States of America
v.
Levi Gable

Defendant

)
)
)
)
)
)
)

Case: 1:22-mj-00114
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/23/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Levi Gable _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 05/23/2022

2022.05.23 12:57:22 -04'00'
_____
Judge's signature

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/23/2022 , and the person was arrested on *(date)* 05/26/2022 at *(city and state)* TULSA, OKLAHOMA . |
| Date: 05/26/2022                    *Arresting officer's signature* |
| ALAN T. SISKA, SPECIAL AGENT FBI |
| *Printed name and title* |